# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT 20 PM 2: 12

CLERK _____
SO. DIST. OF GA.

IN RE:                                          ) Case Nos.:
LEAVE OF ABSENCE REQUEST FOR     )        CR 112-176, U.S. v. M. Carter
LAMONT A. BELK                              )        CR 115-039, U.S. v. M. Williams
**DEC. 28, 2015 – JAN. 4, 2016**          )        CR 115-089, U.S. v. C. Bonner
                                                  )        CV 115-157, Grant v. U.S.
                                                  )

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited case on behalf of Assistant United States Attorney Lamont A. Belk for the following dates: December 28, 2015, through January 4, 2016, for travel outside of the country; the same is hereby GRANTED.

This 20th day of October, 2015.

UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA